# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. |
| *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

*Donna Copeland v. Albion Laboratories, Inc. et al.*

**ATTACHMENT TO SUMMONS IN A CIVIL CASE**

Attorneys for Plaintiff:

    Beth E. Terrell, WSBA #26759
    Email: bterrell@tmdwlaw.com
    TERRELL MARSHALL DAUDT & WILLIE PLLC
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 350-3528

    Richard W. Meirowitz
    E-mail: meirowitz@aol.com
    LAW OFFICE OF RICHARD W. MEIROWITZ
    10 Muncy Avenue, Suite 606
    West Babylon, New York 11704
    Telephone: (917) 612-3409

    Kim E. Richman
    E-mail: krichman@richmanlawgroup.com
    THE RICHMAN LAW GROUP
    195 Plymouth Street
    Brooklyn, New York 11201
    Telephone: (212) 687-8291

    Benjamin M. Lopatin
    E-mail: blopatin@elplawyers.com
    EGGNATZ, LOPATIN & PASCUCCI, LLP
    580 California Street, Suite 1200
    San Francisco, California 94104
    Telephone: (415) 324-8620