IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| **DONNA COPELAND, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED**<br>Plaintiff/Petitioner | Cause No.: 2:15-CV-00585-MJP<br>Hearing Date: |
| vs.<br>**ALBION LABORATORIES, INC.; SEEKING HEALTH, LLC; DESIGNS FOR HEALTH, INC.**<br>Defendant/Respondent | DECLARATION OF SERVICE OF<br>SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION DEMAND FOR JURY TRIAL |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of April, 2015 at 9:30 AM** at the address of **10020 NE 201ST ST, BOTHELL, King County, WA 98011**; this declarant served the above described documents upon **SEEKING HEALTH, LLC c/o BENJAMIN LYNCH, REGISTERED AGENT** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **BENJAMIN LYNCH, REGISTERED AGENT, Who accepted service, with identity confirmed by verbal communication, a brown-haired white male approx. 35-45 years of age, 6'0"-6'2" tall and weighing 180-200 lbs with glasses.**

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: $ 79.50

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 2

For: Terrell Marshall & Daudt, PLLC
Ref #: 1872-001 A

Tracking #: 0006791585

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED this 20Th day of April, 2015

Ken Van Dyke, Reg. # 307390, King

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2


For: Terrell Marshall & Daudt, PLLC
Ref #: 1872-001 A

Tracking #: 0006791585
