IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| DONNA COPELAND, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br>Plaintiff/Petitioner<br><br>vs.<br><br>ALBION LABORATORIES, INC.; SEEKING HEALTH, LLC; DESIGNS FOR HEALTH, INC.<br>Defendant/Respondent | Cause No.: **2:15-CV-00585-MJP**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION DEMAND FOR JURY TRIAL** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **20th day of April, 2015** at **3:05 PM** at the address of **980 SOUTH STREET, SUFFIELD, Hartford County, CT 06078**; this declarant served the above described documents upon **DESIGNS FOR HEALTH, INC. c/o STEPHEN M. CARRUTHERS, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Stephen M. Carruthers, General Counsel, person of unknown relation to subject, PERSON OF UNKNOWN RELATION TO ADDRESS, who accepted service, with identity confirmed by verbal communication, a brown-haired white male approx. 45-55 years of age, 5'10"-6'0" tall and weighing 180-200 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 165.00**

ORIGINAL PROOF OF SERVICE
PAGE 1 OF 2

For: **Terrell Marshall & Daudt, PLLC**
Ref #: **1872-001 B**

Tracking #: **0006804886**



Declarant hereby states under penalty of perjury under the laws of the State of Connecticut that the statement above is true and correct.

DATED this 21st day of April, 2015.

_____
Michael Walton