The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONNA COPELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBION LABORATORIES, Inc.; SEEKING HEALTH, LLC; and DESIGNS FOR HEALTH, INC.,<br><br>Defendants. | NO.  2:15-cv-00585-MJP<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance in this litigation of Defendant Seeking Health, LLC by and through its undersigned counsel.

All defenses, claims and rights are fully and expressly reserved, including, without limitation, defenses relating to service of process, sufficiency of process and personal or other jurisdiction.

Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

NOTICE OF APPEARANCE - 1
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

DATED: May 6, 2015.

**SAVITT BRUCE & WILLEY LLP**

By:    */s/ David N. Bruce*
    David N. Bruce, WSBA #15237
    Miles A. Yanick, WSBA #26603
    Caitlin K. Hawks, WSBA #46669
    1425 Fourth Avenue Suite 800
    Seattle, Washington 98101-2272
    Telephone: 206.749.0500
    Facsimile: 206.749.0600
    Email: dbruce@sbwllp.com
    Email: myanick@sbwllp.com
    Email: chawks@sbwllp.com

*Attorneys for Defendant Seeking Health, LLC*

NOTICE OF APPEARANCE - 2
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 6, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Benjamin M. Lopatin
Eggnatz, Lopatin & Pascucci, LLP
580 California Street, Suite 1200
San Francisco, CA 94104
*Attorneys for Donna Copeland*

Kim E. Richman
The Richman Law Group
195 Plymouth Street
Brooklyn, NY 11201
*Attorneys for Donna Copeland*

Richard W. Meirowitz
Law Office of Richard W. Meirowitz
10 Muncy Avenue, Suite 606
West Babylon, NY 11704
*Attorneys for Donna Copeland*

Beth E. Terrell
Terrell Marshall Daudt & Willie PPLC
936 North 34th Street, Suite 300
Seattle, WA 98103
*Attorneys for Donna Copeland*

Ashlee Hooten

CERTIFICATE OF SERVICE
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500