# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DONNA COPELAND, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALBION LABORATORIES, INC.; SEEKING HEALTH, LLC; and DESIGNS FOR HEALTH, INC., <br><br> Defendants | Case No. 15-cv-00585-MJP <br><br> **NOTICE OF APPEARANCE** |

| 1 | TO: | THE CLERK OF COURT |
|---|---|---|
| 2 | AND TO: | ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |

PLEASE TAKE NOTICE that Defendant Designs for Health, Inc., without waiving objections as to lack of or improper service, service of process, venue, arbitrability, or jurisdiction, enters its appearance in this action by and through Derek Newman and Jake Bernstein of Newman Du Wors LLP. Please serve all further papers, notices, and correspondence relating to this matter, except original process, on the attorneys referenced below at the address as stated:

> Derek A. Newman
> Jake Bernstein
> NEWMAN DU WORS LLP
> 2101 Fourth Avenue
> Suite 1500
> Seattle, WA 98121

Dated May 8, 2015.

**NEWMAN DU WORS LLP**

By:  /s Derek Newman
     Derek Newman, WSBA No. 26967
     Jake Bernstein, WSBA No. 39362

Attorneys for Defendant Designs for Health, Inc.