IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| DONNA COPELAND, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED<br>Plaintiff/Petitioner<br>vs.<br>ALBION LABORATORIES, INC.; SEEKING HEALTH, INC.; DESIGNS FOR HEALTH, INC.<br>Defendant/Respondent | Cause No.: 2:15-CV-00585<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>SUMMONS IN A CIVIL ACTION; COMPLAINT - CLASS ACTION DEMAND FOR JURY TRIAL |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the 4th day of May, 2015 at 10:20 AM at the address of **101 NORTH MAIN STREET, CLEARFIELD, Davis County, UT 84015**; this declarant served the above described documents upon **ALBION LABORATORIES, INC. c/o NATHAN D. NELSON, REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Kylie Jones, EXEC. SECRETARY , PERSON AUTHORIZED TO ACCEPT**, who accepted service, with identity confirmed by verbal communication, a white female approx. 25-35 years of age, 5'6"-5'8" tall, weighing 200-240 lbs with blonde hair. Nathan Nelson is out of town until next week.

No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$ 165.00**




Declarant hereby states under penalty of perjury under the laws of the State of Utah that the statement above is true and correct.

DATED this __4__ day of __May__, 20__15__

_____
**Tom Lanktree**


