The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONNA COPELAND, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>   v.<br><br>ALBION LABORATORIES, INC.; SEEKING HEALTH, LLC; and DESIGNS FOR HEALTH, INC.,<br><br>                    Defendants. | No. 2:15-cv-00585-MJP<br><br>**NOTICE OF APPEARANCE** |

Please take notice that defendant Albion Laboratories, Inc., ("Albion") hereby appears in the above-entitled action and requests that all further papers and pleadings, except original process, be served upon the undersigned attorneys at the address below stated. Defendant appears in this matter without waiving any applicable defenses, including without limitation lack of jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, failure to state a claim, and failure to join a necessary party.

DATED this 15th day of May, 2015.

                                        Davis Wright Tremaine LLP
                                      *Attorneys for Defendant Albion Laboratories, Inc.*

                                        By * /s/ Fred B. Burnside*
                                             Fred B. Burnside, WSBA #32491

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1
        */s/ Stephen M. Rummage*
Stephen M. Rummage, WSBA #11168

2
*/s/ Katherine Keely Rankin*
3
Katherine Keely Rankin, WSBA #47699

4
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
5
Tel: (206) 622-3150
Fax: (206) 757-7700
6
Email:  fredburnside@dwt.com
7
       steverummage@dwt.com
       keelyrankin@dwt.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE
(2:15-cv-00585-MJP) — 2

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 15th day of May, 2015.

Davis Wright Tremaine LLP
Attorneys for Defendant Albion Laboratories, Inc.

By  */s/ Fred B. Burnside*
Fred B. Burnside, WSBA #32491
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
(206) 622-3150/Fax: (206) 757-7700
Email: fredburnside@dwt.com

NOTICE OF APPEARANCE
(2:15-cv-00585-MJP) — 3

DWT 26830224v1 0050033-000184

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax