The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONNA COPELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBION LABORATORIES, Inc.; SEEKING HEALTH, LLC; and DESIGNS FOR HEALTH, INC.,<br><br>Defendants. | NO. 2:15-cv-00585-MJP<br><br>**ANSWER AND DEFENSES OF DEFENDANT SEEKING HEALTH, LLC** |

Defendant Seeking Health, LLC answers the allegations in the complaint as follows:

## I. NATURE OF CASE

1. Seeking Health lacks knowledge or information sufficient to answer the allegations regarding the overall size of the dietary-supplement industry, the subjective states and motivations of "consumers" generally, or the practices of "some companies" but denies that Seeking Health has ever engaged in the practices described. The allegations in paragraph 1 are otherwise denied.

2. Seeking Health admits that it has sold products that contained TRAACS® Magnesium Bisglycinate Chelate Buffered, which Seeking Health understands to be chelated and which Seeking Health has been informed also contained some amount of magnesium oxide as a buffering agent. Seeking Health lacks knowledge or information sufficient to answer the

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 1
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

allegations regarding the specific contents of the TRAACS® Magnesium Bisglycinate Chelate Buffered or of the products sold by other Defendants. The allegations in paragraph 2 are otherwise denied.

3. Seeking Health admits that the labels on certain of its products have accurately identified TRAACS® Magnesium Bisglycinate Chelate Buffered as the source of magnesium in the "Supplement Facts" panel and that the magnesium-oxide buffering agent is not separately identified on such labels. Seeking Health lacks knowledge or information sufficient to answer the allegations regarding Albion's practices. The allegations in paragraph 3 are otherwise denied.

4. Seeking Health lacks knowledge or information sufficient to answer allegations regarding the knowledge or intent of tens of thousands of consumers generally. The allegations in paragraph 4 are otherwise denied.

## II.     PARTIES

5. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 5.

6. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 6.

7. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 7.

8. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 8.

9. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 9.

10. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 10.

11. Seeking Health lacks knowledge or information sufficient to answer allegations regarding whether unidentified consumers or Plaintiff would have purchased specific products,

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 2
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

or how much they would have paid for such products, if the products had been labeled differently. The allegations in paragraph 11 are otherwise denied.

12. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 12.

13. Seeking Health admits that it is a limited liability corporation organized under the laws of the State of Washington whose headquarters are located in Bellingham, Washington and is therefore a citizen of Washington under 28 U.S.C. § 1332(c). Seeking Health admits that it has marketed and sold nutrition supplements worldwide, including products with ingredients manufactured by Albion, but lacks knowledge or information sufficient to answer allegations regarding the manufacture or contents of Albion's products.

14. Seeking Health admits that the named Plaintiff and Defendants are citizens of different states. Seeking Health lacks knowledge or information sufficient to answer the allegations regarding the number of members in the proposed class. The allegations in paragraph 14 are otherwise denied.

### III. JURISDICTION AND VENUE

15. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 15 but denies the allegations regarding the amount in controversy and the size of the proposed class insofar as they pertain to claims against Seeking Health.

16. Seeking Health admits that is has sold products in Washington and done business in Washington. The allegations in paragraph 16 are otherwise denied.

### IV. GENERAL ALLEGATIONS

17. Seeking Health lacks knowledge or information sufficient to answer the allegations regarding the overall size of the dietary-supplement industry, the subjective state of "consumers" generally, or what drives consumer decision making. The allegations in paragraph 17 are otherwise denied.

18. Seeking Health admits that some literature and studies indicate that magnesium deficiency may be common and further admits that magnesium can play an important role in

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 3
No. 2:15-CV-00585-MJP

**Savitt Bruce & Willey llp**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

the health of some individuals for the functions and indications alleged.  Seeking Health lacks knowledge or information sufficient to answer the allegations regarding the relative strength of the magnesium market or the subjective states motivating "consumers" generally.  The allegations in paragraph 18 are otherwise denied.

19. Seeking Health admits that there are numerous types of magnesium supplements and that, generally speaking, bioavailability correlates with absorption.  The allegations in paragraph 19 are otherwise denied.

20. Seeking Health admits that magnesium glycinate is one of the more bioavailable forms of magnesium for many individuals.  Seeking Health denies the allegations that purport to summarize or draw quotes or conclusions out of context from studies or literature, which speak for themselves, vary widely in their rigor and results, and do not address the TRAACS® Magnesium Bisglycinate Buffered ingredient in products sold by Seeking Health.  The allegations in paragraph 20 are otherwise denied.

21. Seeking Health denies the allegations that purport to summarize or draw quotes or conclusions out of context from studies or literature, which speak for themselves, vary widely in their rigor and results, and do not address the TRAACS® Magnesium Bisglycinate Buffered ingredient in products sold by Seeking Health.

22. Seeking Health denies the allegations that purport to summarize or draw quotes or conclusions out of context from studies or literature, which speak for themselves, vary widely in their rigor and results, and do not address the TRAACS® Magnesium Bisglycinate Buffered ingredient in products sold by Seeking Health.

23. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 23.

24. Seeking Health lacks knowledge or information sufficient to answer the allegations regarding the subjective beliefs of "consumers" generally or comments certain consumers may have made in various forums.  The allegations in paragraph 24 are otherwise denied.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 4
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

25. Seeking Health denies the allegations that purport to summarize or draw quotes or conclusions out of context from the quoted article, which speaks for itself. Seeking Health lacks knowledge or information sufficient to answer the allegations regarding the prices charged by other retailers for their products or the contents of those products. The allegations in paragraph 25 are otherwise denied.

26. Seeking Health admits that TRAACS® Magnesium Bisglycinate Chelate Buffered is a chelated form of magnesium and that chelation involves combining magnesium with other substances. Seeking Health lacks knowledge or information sufficient to answer the remaining allegations in paragraph 26.

27. Seeking Health can neither admit nor deny that the labels on its Optimal Magnesium product are as depicted in paragraph 27; the Seeking Health label purportedly depicted in paragraph 27 is illegible. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 27 regarding Albion's practices. The allegations in paragraph 27 are otherwise denied.

28. Seeking Health lacks knowledge or information sufficient to answer the allegations regarding the subjective beliefs of "consumers" generally but denies that its labeling was deceptive. The allegations in paragraph 28 are otherwise denied.

29. Seeking Health lacks knowledge or information sufficient to answer the allegations regarding Plaintiff's subjective beliefs or those of the putative "Class" generally. The allegations in paragraph 29 are otherwise denied.

30. The allegations in paragraph 30 are denied insofar as they pertain to products sold by Seeking Health.

31. The allegations in paragraph 31 are denied insofar as they pertain to products sold by Seeking Health.

32. The allegations in paragraph 32 are denied insofar as they pertain to Seeking Health.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 5
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

33. Seeking Health admits that its magnesium supplements do not fall within the exemptions set forth in 21 CFR § 101.36(h)(3) but otherwise denies the allegations in paragraph 33 purporting to summarize, paraphrase, or capture the practical significance or legal effect of the federal regulations cited. Seeking Health lacks knowledge or information sufficient to answer the factual allegations in paragraph 33 insofar as they pertain to other Defendants. The allegations in paragraph 33 are otherwise denied.

34. Seeking Health denies the allegations in paragraph 34 that purport to summarize, paraphrase, or capture the practical significance or legal effect of the federal regulations cited. Seeking Health lacks knowledge or information sufficient to answer the factual allegations in paragraph 34 insofar as they pertain to other Defendants. The allegations in paragraph 34 are otherwise denied.

35. Seeking Health denies the allegations in paragraph 35 that purport to summarize, paraphrase, or capture the practical significance or legal effect of the federal regulations cited. Seeking Health lacks knowledge or information sufficient to answer the factual allegations in paragraph 35 insofar as they pertain to other Defendants. The allegations in paragraph 35 are otherwise denied.

36. Seeking Health denies the allegations in paragraph 36 that purport to summarize, paraphrase, or capture the practical significance or legal effect of the federal regulations and statutes cited. Seeking Health lacks knowledge or information sufficient to answer the factual allegations in paragraph 36 insofar as they pertain to other Defendants. The allegations in paragraph 36 are otherwise denied.

37. Seeking Health denies the allegations in paragraph 37 insofar as they purport to summarize, paraphrase, or capture the practical significance or legal effect of the federal regulations cited. Seeking Health lacks knowledge or information sufficient to answer the factual allegations in paragraph 37 insofar as they pertain to other Defendants. The allegations in paragraph 37 are otherwise denied.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 6
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

38. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 38.

39. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 39.

40. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 40.

41. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 41.

42. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 42.

43. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 43.

44. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 44 regarding Plaintiff's subjective beliefs or those of the putative "Class" generally. The allegations in paragraph 44 are otherwise denied.

45. Seeking Health denies the allegations in paragraph 45 insofar as they purport to capture the practical significance or legal effect of FDA regulations insofar as they may pertain to Seeking Health. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 45 insofar as they pertain to other Defendants. The allegations in paragraph 45 are otherwise denied.

46. The allegations in paragraph 46 are denied insofar as they pertain to Seeking Health.

47. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 47.

48. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 48 but denies that it received the alleged notice from Albion.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 7
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

49. Seeking Health lacks knowledge or information sufficient to answer the allegations in paragraph 49.

## V. CLASS ACTION ALLEGATIONS

50. Insofar as the allegations in paragraph 50 concern the nature of Plaintiff's complaint, they do not require a responsive pleading. Seeking Health nonetheless denies that the requirements of Rule 23 are satisfied with regard to any claims against Seeking Health.

51. Seeking Health denies that the requirements of Rule 23 identified in paragraph 51 are satisfied with regard to any claims against Seeking Health. Seeking Health otherwise denies or lacks information sufficient to answer the allegations in paragraph 51.

## VI. FIRST CAUSE OF ACTION

52. The allegations in paragraph 52 do not require a responsive pleading.

53. Seeking Health denies the allegations in paragraph 53 insofar as the purport to be a complete or accurate summary of the requirements of the Consumer Protection Act.

54. Admitted.

55. Admitted.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

## VII. SECOND CAUSE OF ACTION

62. The allegations in paragraph 62 do not require a responsive pleading.

63. Admitted.

64. Admitted.

65. Denied.

66. Denied.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 8
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

## VIII.   THIRD CAUSE OF ACTION

76. The allegations in paragraph 76 do not require a responsive pleading.

77. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health.  To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

78. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health.  To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

79. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health.  To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

80. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health.  To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

81. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

82. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

83. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

84. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

85. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

86. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

87. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1  pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

88. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

## IX. FOURTH CAUSE OF ACTION

89. The allegations in paragraph 89 do not require a responsive pleading.

90. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

91. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

92. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

93. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

94. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 11
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

95. The allegations in this paragraph concern Defendant Designs for Health and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

## X. FIFTH CAUSE OF ACTION

96. The allegations in paragraph 96 do not require a responsive pleading.

97. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

98. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

99. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

100. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

101. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

102. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 12
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

103. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

104. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

105. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

106. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

107. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

108. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

109. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

110. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

111. The allegations in paragraph 111 do not require a responsive pleading.

### XI.   SIXTH CAUSE OF ACTION

112. The allegations in paragraph 112 do not require a responsive pleading.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 13
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

113. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

114. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

115. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

116. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

117. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

118. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

119. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

120. The allegations in this paragraph concern Defendant Albion and therefore do not require a responsive pleading from Seeking Health. To the extent a responsive pleading is required, Seeking Health lacks knowledge or information sufficient to answer these allegations.

121. The allegations in paragraph 121 do not require a responsive pleading.

## XII. SEVENTH CAUSE OF ACTION

122. The allegations in paragraph 122 do not require a responsive pleading.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 14
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

123. The allegations in paragraph 123 are denied insofar as they pertain to Seeking Health.

124. The allegations in paragraph 124 are denied insofar as they pertain to Seeking Health.

## XIII. EIGHTH CAUSE OF ACTION

125. The allegations in paragraph 125 do not require a responsive pleading.

126. The allegations in paragraph 126 are denied insofar as they pertain to Seeking Health.

127. The allegations in paragraph 127 are denied insofar as they pertain to Seeking Health.

128. The allegations in paragraph 128 are denied insofar as they pertain to Seeking Health.

129. The allegations in paragraph 129 are denied insofar as they pertain to Seeking Health.

130. The allegations in paragraph 130 are denied insofar as they pertain to Seeking Health.

## XIV. PRAYER FOR RELIEF

The prayer for relief does not require a responsive pleading, but Seeking Health denies that Plaintiff is entitled to the relief requested.

## XV. DEMAND FOR TRIAL BY JURY

The jury demand does not require a responsive pleading, but Seeking Health denies that Plaintiff is entitled to a jury on all claims asserted.

## XVI. DEFENSES

Seeking Health asserts the following affirmative and other defenses based on the information it has to date, reserving the right to assert additional defenses as it learns additional facts through investigation and discovery.

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 15
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

1. In part due to its references to "Defendants" generally and to the "Blended Products," the complaint fails to allege facts sufficient to state a claim against Seeking Health upon which relief can be granted and fails to show that Plaintiff is entitled to relief.

2. The Court lacks subject-matter jurisdiction under 28 USC § 1332(d).

3. This district is not the proper venue.

4. The complaint fails to state with particularity the circumstances constituting fraud with respect to claims against Seeking Health, as required by Rule 9(b) of the Federal Rules of Civil Procedure.

5. The actions or transactions alleged in the complaint are exempted under RCW 19.86.170.

DATED: May 26, 2015.

**SAVITT BRUCE & WILLEY LLP**

By: */s/ David N. Bruce*
David N. Bruce, WSBA #15237
Miles A. Yanick, WSBA #26603
Caitlin K. Hawks, WSBA #46669
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: dbruce@sbwllp.com
Email: myanick@sbwllp.com
Email: chawks@sbwllp.com

*Attorneys for Defendant Seeking Health, LLC*

ANSWER AND DEFENSES OF SEEKING HEALTH, LLC - 16
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 26, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*Ashlee Hooten*
Ashlee Hooten

CERTIFICATE OF SERVICE
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500