The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONNA COPELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALBION LABORATORIES, Inc.; SEEKING HEALTH, LLC; and DESIGNS FOR HEALTH, INC.,<br><br>Defendants. | NO. 2:15-cv-00585-MJP<br><br>**FRCP 7.1 DISCLOSURE STATEMENT OF DEFENDANT SEEKING HEALTH, LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Defendant Seeking Health, LLC, by and through its undersigned counsel, states as follows: Seeking Health, a Washington limited liability company, has no parent corporation, and no publicly traded corporation owns more than ten percent of its stock.

//

//

//

//

FRCP 7.1 DISCLOSURE STATEMENT OF DEFENDANT
SEEKING HEALTH, LLC - 1
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: May 26, 2015.

**SAVITT BRUCE & WILLEY LLP**

By:    */s/ David N. Bruce*
    David N. Bruce, WSBA #15237
    Miles A. Yanick, WSBA #26603
    Caitlin K. Hawks, WSBA #46669
    1425 Fourth Avenue Suite 800
    Seattle, Washington 98101-2272
    Telephone: 206.749.0500
    Facsimile: 206.749.0600
    Email: dbruce@sbwllp.com
    Email: myanick@sbwllp.com
    Email: chawks@sbwllp.com

*Attorneys for Defendant Seeking Health, LLC*

FRCP 7.1 DISCLOSURE STATEMENT OF DEFENDANT
SEEKING HEALTH, LLC - 2
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 26, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Ashlee Hooten
Ashlee Hooten

CERTIFICATE OF SERVICE
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500