The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DONNA COPELAND, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALBION LABORATORIES, Inc.; SEEKING HEALTH, LLC; and DESIGNS FOR HEALTH, INC.,<br><br>　　Defendants. | NO.　2:15-cv-00585-MJP<br><br>**SUPPLEMENTAL NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE of the appearance in this litigation of the additional undersigned counsel representing Defendant Seeking Health, LLC.

All defenses, claims and rights are fully and expressly reserved, including, without limitation, defenses relating to service of process, sufficiency of process and personal or other jurisdiction.

Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

SUPPLEMENTAL NOTICE OF APPEARANCE - 1
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

DATED: May 27, 2015.

**SAVITT BRUCE & WILLEY LLP**

By: */s/ Miles A. Yanick*
By: */s/ Caitlin K. Hawks*
David N. Bruce, WSBA #15237
Miles A. Yanick, WSBA #26603
Caitlin K. Hawks, WSBA #46669
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
Telephone: 206.749.0500
Facsimile: 206.749.0600
Email: dbruce@sbwllp.com
Email: myanick@sbwllp.com
Email: chawks@sbwllp.com

*Attorneys for Defendant Seeking Health, LLC*

SUPPLEMENTAL NOTICE OF APPEARANCE - 2
No. 2:15-CV-00585-MJP

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 27, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*Ashlee Hooten*
Ashlee Hooten

CERTIFICATE OF SERVICE
No. 2:15-CV-00585-MJP

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500