1

THE HONORABLE MARSHA J. PECHMAN

2

3

4

5

6

7
U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9
DONNA COPELAND, on behalf of herself and
all others similarly situated,

10
                                Plaintiff,

NO. 2:15-cv-00585-MJP

11
        vs.

12

**STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii)**

13
ALBION LABORATORIES, INC.; SEEKING
HEALTH, LLC; and DESIGNS FOR HEALTH,
INC.,

14

**Note on Motion Calendar:
February 29, 2016**

15
                                Defendants.

16

17

18
**I.  STIPULATION**

19
        Plaintiff Donna Copeland and Defendants Seeking Health, LLC and Designs for Health,

20
Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, hereby

21
stipulate as follows:

22
        WHEREAS Fed. R. Civ. P. 41(a) permits the Parties to voluntarily dismiss an action

23
without a court order by filing a stipulation of dismissal signed by all parties who have

24
appeared;

25
        WHEREAS this case has not been certified as a class action under Fed. R. Civ. P. 23;

26

27

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1    WHEREAS the Parties have negotiated a settlement of Plaintiff's individual claims

2  only;

3    THEREFORE the Parties agree and stipulate, pursuant to Federal Rule of Civil

4  Procedure 41(a)(1)(A)(ii), that the above-captioned lawsuit shall be dismissed with prejudice as

5  to Plaintiff's individual claims and without prejudice as to the potential claims of any absent

6  putative class members.

7    IT IS SO STIPULATED.

8    RESPECTFULLY SUBMITTED AND DATED this 29th day of February, 2016.

9  TERRELL MARSHALL LAW                    NEWMAN DU WORS LLP

10   GROUP PLLC

11

12 By: /s/ Adrienne D. McEntee, WSBA #34061   By: /s/ Jake Bernstein, WSBA #39362
     Beth E. Terrell, WSBA #26759               Derek Newman, WSBA#26967
13   Email:  bterrell@tmdwlaw.com               Email:  dn@newmanlaw.com
     Adrienne D. McEntee, WSBA #34061           Jake Bernstein, WSBA #39362
14   Email:  amcentee@tmdwlaw.com               Email:  jake@newmanlaw.com
     936 North 34th Street, Suite 300           2101 Fourth Avenue, Suite 1500
15   Seattle, Washington  98103-8869            Seattle, Washington 98121
     Telephone:  (206) 816-6603                 Telephone:  (206) 274-2800
16

17   Kim E. Richman, *Admitted Pro Hac Vice*    *Attorneys for Defendant Designs for Health,*
     E-mail:  krichman@richmanlawgroup.com      *Inc.*
18   THE RICHMAN LAW GROUP
     195 Plymouth Street                        SAVITT BRUCE & WILLEY LLP
19   Brooklyn, New York 11201
     Telephone:  (212) 687-8291                 By: /s/ Miles A. Yanick, WSBA #26603
20                                                  David N. Bruce, WSBA #15237
     Benjamin M. Lopatin, *Admitted Pro*           Email:  dbruce@sbwllp.com
21     *Hac Vice*                                   Miles A. Yanick, WSBA #26603
     E-mail:  blopatin@elplawyers.com           Email:  myanick@sbwllp.com
22   EGGNATZ, LOPATIN                           Caitlin K. Hawks, WSBA#46669
       & PASCUCCI, LLP                          Email:  chawks@sbwllp.com
23   580 California Street, Suite 1200          1425 Fourth Avenue Suite 800
     San Francisco, California  94104           Seattle, Washington 98101-2272
24                                              Telephone:  (206) 749-0500
25 *Attorneys for Plaintiff*

26                                              *Attorneys for Defendant Seeking Health, LLC*

27

1

2

## II.  [PROPOSED] ORDER

3

IT IS SO ORDERED.

4

DATED this _____ day of _____, 2016.

5

6

_____

7

UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CERTIFICATE OF SERVICE

1

2        I, Adrienne D. McEntee, hereby certify that on February 29, 2016, I electronically filed

3   the foregoing with the Clerk of the Court using the CM/ECF system which will send

4   notification of such filing to the following:

5
            Derek Newman, WSBA#26967
6           Email:  dn@newmanlaw.com
            Jake Bernstein, WSBA #39362
7           Email:  jake@newmanlaw.com
            NEWMAN DU WORS LLP
8           2101 Fourth Avenue,  Suite 1500
            Seattle, Washington 98121
9           Telephone:  (206) 274-2800
            Facsimile:  (206) 274-2801
10

11          *Attorneys for Defendant Designs for Health, Inc.*

12          David N. Bruce, WSBA #15237
            Email:  dbruce@sbwllp.com
13          Miles A. Yanick, WSBA #26603
            Email:  myanick@sbwllp.com
14          Caitlin K. Hawks, WSBA#46669
            Email:  chawks@sbwllp.com
15          SAVITT BRUCE & WILLEY LLP
            1425 Fourth Avenue Suite 800
16          Seattle, Washington 98101-2272
            Telephone:  (206) 749-0500
17          Facsimile:  (206) 749-0600
18

19          *Attorneys for Defendant Seeking Health, LLC*

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(II) - 4
CASE NO. 2:15-CV-00585-MJP

DATED this 29th day of February, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By:   /s/ Adrienne D. McEntee, WSBA #34061
Adrienne D. McEntee, WSBA #34061
Email: amcentee@tmdwlaw.com
936 North 34th Street, Suite 300
Seattle, Washington  98103
Telephone:  (206) 816-6603
Facsimile:  (206) 350-3528

*Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(A)(1)(A)(II) - 5
CASE NO. 2:15-cv-00585-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com