THE HONORABLE MARSHA J. PECHMAN

U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA COPELAND, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALBION LABORATORIES, INC.; SEEKING HEALTH, LLC; and DESIGNS FOR HEALTH, INC.,<br><br>Defendants. | NO. 2:15-cv-00585-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**Note on Motion Calendar:**<br>**February 29, 2016** |

## I. STIPULATION

Plaintiff Donna Copeland and Defendants Seeking Health, LLC and Designs for Health, Inc. (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS Fed. R. Civ. P. 41(a) permits the Parties to voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared;

WHEREAS this case has not been certified as a class action under Fed. R. Civ. P. 23;

STIPULATION AND ORDER OF DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE
41(A)(1)(A)(II) - 1
CASE NO. 2:15-CV-00585-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1  WHEREAS the Parties have negotiated a settlement of Plaintiff's individual claims only;

2  THEREFORE the Parties agree and stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned lawsuit shall be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the potential claims of any absent putative class members.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED AND DATED this 1st day of March, 2016.

| TERRELL MARSHALL LAW GROUP PLLC | NEWMAN DU WORS LLP |
|---|---|
| By: /s/ Adrienne D. McEntee, WSBA #34061<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@tmdwlaw.com<br>Adrienne D. McEntee, WSBA #34061<br>Email: amcentee@tmdwlaw.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603 | By: /s/ Jake Bernstein, WSBA #39362<br>Derek Newman, WSBA#26967<br>Email: dn@newmanlaw.com<br>Jake Bernstein, WSBA #39362<br>Email: jake@newmanlaw.com<br>2101 Fourth Avenue, Suite 1500<br>Seattle, Washington 98121<br>Telephone: (206) 274-2800 |
| Kim E. Richman, *Admitted Pro Hac Vice*<br>E-mail: krichman@richmanlawgroup.com<br>THE RICHMAN LAW GROUP<br>195 Plymouth Street<br>Brooklyn, New York 11201<br>Telephone: (212) 687-8291 | *Attorneys for Defendant Designs for Health, Inc.*<br><br>SAVITT BRUCE & WILLEY LLP |
| Benjamin M. Lopatin, *Admitted Pro Hac Vice*<br>E-mail: blopatin@elplawyers.com<br>EGGNATZ, LOPATIN<br>  & PASCUCCI, LLP<br>580 California Street, Suite 1200<br>San Francisco, California 94104 | By: /s/ Miles A. Yanick, WSBA #26603<br>David N. Bruce, WSBA #15237<br>Email: dbruce@sbwllp.com<br>Miles A. Yanick, WSBA #26603<br>Email: myanick@sbwllp.com<br>Caitlin K. Hawks, WSBA#46669<br>Email: chawks@sbwllp.com<br>1425 Fourth Avenue Suite 800<br>Seattle, Washington 98101-2272<br>Telephone: (206) 749-0500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Seeking Health, LLC* |

STIPULATION AND ORDER OF DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE
41(A)(1)(A)(II) - 2
CASE NO. 2:15-CV-00585-MJP

## II.  ORDER

IT IS SO ORDERED.

DATED this 29th day of February, 2016.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER OF DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE
41(A)(1)(A)(II) - 3
CASE NO. 2:15-CV-00585-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Adrienne D. McEntee, hereby certify that on March 1, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Derek Newman, WSBA#26967
> Email: dn@newmanlaw.com
> Jake Bernstein, WSBA #39362
> Email: jake@newmanlaw.com
> NEWMAN DU WORS LLP
> 2101 Fourth Avenue, Suite 1500
> Seattle, Washington 98121
> Telephone: (206) 274-2800
> Facsimile: (206) 274-2801

*Attorneys for Defendant Designs for Health, Inc.*

> David N. Bruce, WSBA #15237
> Email: dbruce@sbwllp.com
> Miles A. Yanick, WSBA #26603
> Email: myanick@sbwllp.com
> Caitlin K. Hawks, WSBA#46669
> Email: chawks@sbwllp.com
> SAVITT BRUCE & WILLEY LLP
> 1425 Fourth Avenue Suite 800
> Seattle, Washington 98101-2272
> Telephone: (206) 749-0500
> Facsimile: (206) 749-0600

*Attorneys for Defendant Seeking Health, LLC*

STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II) - 4
CASE NO. 2:15-CV-00585-MJP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

DATED this 1st day of March, 2016.

          TERRELL MARSHALL LAW GROUP PLLC

          By: <u>/s/ Adrienne D. McEntee, WSBA #34061</u>
               Adrienne D. McEntee, WSBA #34061
               Email: amcentee@tmdwlaw.com
               936 North 34th Street, Suite 300
               Seattle, Washington  98103
               Telephone:  (206) 816-6603
               Facsimile:  (206) 350-3528

          *Attorneys for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE
41(A)(1)(A)(II) - 5
CASE NO. 2:15-CV-00585-MJP

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com